IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CODY EVERETT,** *et al.*                                                                       **PLAINTIFFS**

v.                           **Case No. 4:21-cv-00641 KGB**

**CENTRAL ONE SERVICE, LLC,**
*et al.*                                                                         **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal as to separate plaintiff Katie Rodriguez (Dkt. No. 8). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of voluntary dismissal (Dkt. No. 8). Ms. Rodriguez's claims against defendants Central One Service, LLC ("Central One") and Jeremy Fairchild are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Also before the Court is separate plaintiff Cody Everett's notice of settlement (Dkt. No. 9). In the notice, Mr. Everett represents that the parties are in the process of finalizing settlement terms and expect to file a stipulation of dismissal within 30 days (*Id.*). As a result, the parties request that all deadlines be suspended for a period of 30 days (*Id.*). For good cause shown, the Court stays this matter for 30 days to permit the parties to negotiate settlement. The parties are directed to file within 30 days of the entry of this Order a joint status report.

So ordered this 15th day of October, 2021.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge