IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CODY EVERETT,** *et al.*                                                                                               **PLAINTIFFS**

v.                            Case No. 4:21-cv-00641 KGB

**CENTRAL ONE SERVICE, LLC,**
*et al.*                                                                                                                    **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 12). Plaintiff Cody Everett brought this action against defendants Central One Service, LLC ("Central One") and Jeremy Fairchild alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201, *et seq.* (Dkt. No. 1). Only Mr. Everett's claims remain pending (Dkt. No. 10).

The parties stipulate that this matter should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 12, ¶ 3). The parties represent that each party agrees to bear his or its own costs, including attorneys' fees associated with this litigation to the extent not otherwise provided for in the settlement agreement between the parties (*Id.*). Based on the authorities cited by the parties, the Court agrees that court review of the parties' settlement agreement is unnecessary, as (1) this lawsuit is not a collective action; (2) Mr. Everett was represented by counsel throughout the course of this action; and (3) all parties have represented to the Court that they desire to keep their settlement agreement confidential and would prefer that the Court not conduct a reasonableness review (*Id.*, ¶¶ 4- 5).

For good cause shown, the Court adopts the joint stipulation of dismissal (Dkt. No. 12). The action is dismissed with prejudice, and each party will bear its own costs and fees to the extent not otherwise provided for in the settlement agreement between the parties.

So ordered this 1st day of December, 2021.

_____
Kristine G. Baker
United States District Judge